**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1609**
_____

ADAM STREGE,

        Plaintiff - Appellant,

    v.

SUPREME COURT UNITED STATES; CHIEF JOHN ROBERTS, Supreme
Court; In his individual and official capacity; SCOTT S. HARRIS, In his individual
and official capacity; UNITED NATIONS; GENERAL ANTONIO GUTERRES,
United Nations Secretary; In his individual and official capacity; HAGUE
INTERNATIONAL CRIMINAL COURT; PRESIDENT TOMOKO AKANE,
International Criminal Court; In her individual and official capacity; ALL
PLANETS PEOPLE; ALL PLANETS NUCLEAR MISSILES; IRINA
PODNOSOVA, Chief Justice of the Russian Federation; In her individual and
official capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Lydia Kay Griggsby, District Judge.  (8:25-cv-00021-LKG)

_____

Submitted:  September 25, 2025              Decided:  September 29, 2025

_____

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Adam Strege, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Strege appeals the district court's order dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Strege v. Sup. Ct.*, No. 8:25-cv-00021-LKG (D. Md., May 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*